```
                   IN THE UNITED STATES DISTRICT COURT

                       FOR THE DISTRICT OF HAWAII

HENRY MACASIO MALINAY; and      )  CIVIL NO. 13-00372 SOM-KSC
MARILYN CORPUZ MALINAY,         )
                                )  ORDER TO SHOW CAUSE WHY
            Plaintiffs,         )  COMPLAINT SHOULD NOT BE
                                )  DISMISSED BECAUSE ANTHONY
       vs.                      )  WILLIAMS IS NOT AN ATTORNEY
                                )  WHO IS LICENSED TO PRACTICE
RHONDA NISHIMURA; FIRST         )  LAW BEFORE THIS COURT
CIRCUIT COURT OF STATE OF       )
HAWAII; CAROL EBLEN;            )
JOHNATHAN BOLTON; and AUDREY    )
YAP,                            )
                                )
            Defendants.         )
                                )
_____ )
```

**ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED
BECAUSE ANTHONY WILLIAMS IS NOT AN ATTORNEY
WHO IS LICENSED TO PRACTICE LAW BEFORE THIS COURT**

On July 26, 2013, Henry and Marilyn Malinay filed the present action. The Complaint in this matter was not signed by either Henry or Marilyn Malinay. It was instead signed by Anthony Williams, who, while purporting to be a private attorney general, is not a member of the bar such that he can represent others before this court.

Local Rule 83.2 states, "Only a member of the bar of this court who is also an active member in good standing of a state bar or its equivalent, or any attorney otherwise authorized by these rules to practice before this court, may enter an appearance for a party . . . ." One of the reasons for requiring membership in a bar to practice law before this court is to ensure that people who are being represented have some minimal

level of representation by attorneys subject to standards of professionalism and ethics.  See Local Rule 83.3.  The Complaint filed by Anthony Williams in this matter falls short of that minimal level of representation as it is, in many respects, nonsensical.

Plaintiffs and Anthony Williams are ordered to show cause why the Complaint in this matter should not be dismissed for failure to comply with Local Rule 83.2.  Any response to this order to show cause must be submitted no later than August 12, 2013.  Failure to submit a timely response shall result in the automatic dismissal of the Complaint.

Should Williams continue to submit pleadings on behalf of clients without being a member of the bar, the court may issue an order to show cause why a prefiling order should not be issued that requires him to obtain leave of court before instituting any new lawsuit in this jurisdiction.  Monetary sanctions may also be considered.

The Clerk of Court is directed to send a copy of this order to (1) Anthony Williams, P.O. Box 8918, Honolulu, Hawaii, 96830; (2) Henry Macasio Malinay and Marilyn Corpuz Malinay, 98-588 Kaimu Loop, Aiea, Hawaii 96701; (3) Carol A. Eblen, Esq., Johnathan C. Bolton, Esq., and Audrey M. Yap, Esq., c/o Goodsill Anderson Quinn & Stifel LLP, 1099 Alakea St., Ste. 1800,

Honolulu, Hawaii 96813; and (4) Hon. Rhonda Nishimura, Circuit Court, First Circuit, 777 Punchbowl Street, Honolulu, Hawaii 96813.  If Defendants have been served with a copy of the Complaint and a summons in this matter, they need not file a responsive pleading until 21 days after this order to show cause has been adjudicated or as set forth in the Federal Rules of Civil Procedure, whichever provides for a later deadline.

       IT IS SO ORDERED.

       DATED: Honolulu, Hawaii, July 29, 2013.



       /s/ Susan Oki Mollway
       Susan Oki Mollway
       United States District Judge

Maninay, et al. v. Nishimura, et al.; Civil No. 13-00372 SOM/BMK; ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED BECAUSE ANTHONY WILLIAMS IS NOT AN ATTORNEY WHO IS LICENSED TO PRACTICE LAW BEFORE THIS COURT