# STATUTORY SHORT FORM POWER OF ATTORNEY
## TENNESSEE CODE ANNOTATED SECTION 34-6-101 to 34-6-111
## AND HAWAII REVISED STATUTE 551D

**IMPORTANT NOTICE:** The powers granted by this document are broad and sweeping. They are defined in Tennessee Code Annotated section 34-6-101 to 34-6-111 and Hawaii Revised Statute 551D.

If you have any questions about these powers, obtain competent advice. This power of attorney may be revoked by you if you wish to do so. This Power of Attorney is automatically terminated if it is to your spouse and proceedings are commenced for dissolution, legal separation or annulment of your marriage. This power of attorney authorizes, but does not require, the attorney-in-fact to act for you.

PRINCIPAL

**Henry Malinay**
**98-588 Kaimu Loop**
**Aeia, Hawaii   [96701]**

**ATTORNEYS-IN-FACT**

Common Law Office of America
PO Box 111968
Nashville, TN 37222

*Anthony Troy Williams*
*Edna Franco*
*Robbin Krakauer*
*Yoseph Hezekyah*
*Whitney Hadassah*

Each attorney-in-fact may independently exercise the powers granted.

I, Henry Malinay, appoint the above named Attorney(s)-in-fact to act as my Attorney(s)-in-Fact:

**FIRST:** To act for me in any way that I myself could act with respect to the following matters, as each of them is defined in Tennessee Code Annotated §§ 34-6-101 to 34-6-111 and Hawaii Revised Statute 551D.

**SECOND:** This Power of Attorney shall continue to be effective if I become incapacitated or incompetent.

**THIRD:** My Attorney-in-Fact need not render an accounting unless I request it or the accounting is otherwise required by Tennessee Code Annotated section 34-6-101 to 34-6-111 and Hawaii Revised Statute 551D.

In Witness Whereof I have hereunto signed my name this 5th day of July, 2013.

_____
Signature of principal

(Acknowledgement of Principal)

**STATE OF HAWAII**          )
                             )§
**COUNTY OF HONOLULU**        )

The foregoing instrument was acknowledged before me this 5th day of July, 2013,

_____
Signature of Notary Public

My Commission Expires Sept 5, 2015

This instrument was drafted by Common Law Office of America P.O. Box 111968, Nashville, TN 37222

STATUTORY SHORT FORM POWER OF ATTORNEY
TENNESSEE CODE ANNOTATED SECTION 34-6-101 to 34-6-111
AND HAWAII REVISED STATUTE 551D

IMPORTANT NOTICE: The powers granted by this document are broad and sweeping. They are defined in Tennessee Code Annotated section 34-6-101 to 34-6-111 and Hawaii Revised Statute 551D.

If you have any questions about these powers, obtain competent advice. This power of attorney may be revoked by you if you wish to do so. This Power of Attorney is automatically terminated if it is to your spouse and proceedings are commenced for dissolution, legal separation or annulment of your marriage. This power of attorney authorizes, but does not require, the attorney-in-fact to act for you.

PRINCIPAL

Marilyn Malinay
98-588 Kaimu Loop
Aeia, Hawaii  [96701]

ATTORNEYS-IN-FACT

Common Law Office of America
PO Box 111968
Nashville, TN 37222

*Anthony Troy Williams*
*Edna Franco*
*Robbin Krakauer*
*Yoseph Hezekyah*
*Whitney Hadassah*

Each attorney-in-fact may independently exercise the powers granted.

I, Marilyn Malinay, appoint the above named Attorney(s)-in-fact to act as my Attorney(s)-in-Fact:

FIRST: To act for me in any way that I myself could act with respect to the following matters, as each of them is defined in Tennessee Code Annotated §§ 34-6-101 to 34-6-111 and Hawaii Revised Statute 551D.

SECOND: This Power of Attorney shall continue to be effective if I become incapacitated or incompetent.

THIRD: My Attorney-in-Fact need not render an accounting unless I request it or the accounting is otherwise required by Tennessee Code Annotated section 34-6-101 to 34-6-111 and Hawaii Revised Statute 551D.

In Witness Whereof I have hereunto signed my name this 5th day of July, 2013.

_____
Signature of principal

(Acknowledgement of Principal)

---

STATE OF HAWAII        )
                       )§
COUNTY OF HONOLULU     )

The foregoing instrument was acknowledged before me this 5th day of July, 2013,

_____
Signature of Notary Public

My Commission Expires Sept. 5, 2013



This instrument was drafted by Common Law Office of America P.O. Box 111968, Nashville, TN 37222