AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| HENRY MACASIO MALINAY;<br>MARILYN CORPUZ MALINAY<br><br>    Plaintiff(s),<br><br>    V.<br><br>RHONDA NISHIMURA; FIRST CIRCUIT COURT OF STATE OF HAWAII; CAROL EBLEN; JOHNATHAN BOLTON; AUDREY YAP<br><br>    Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 13-00372 SOM-KSC<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>September 16, 2013<br><br>At 9 o'clock and 00 min a.m.<br>SUE BEITIA, CLERK |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the  Complaint is dismissed pursuant to the "Order to Show Cause Why Complaint Should Not be Dismissed Because Anthony Williams is Not an Attorney Who is Licensed to Practice Law Before This Court" filed on July 29, 2013 and the "Order Dismissing Complaint With Leave to Amend" filed on August 14, 2013.

| | |
|---|---|
| September 16, 2013 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by ET |
| | (By) Deputy Clerk |